

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899

T: +1 213 430 6000
F: +1 213 430 6407
omm.com

File Number:

**Jason Zarrow**
D: +1 213 430 8367
jzarrow@omm.com

June 4, 2020

<u>**VIA E-MAIL**</u>

Monica R. Washington
Death Penalty/Pro Se Clerk
United States Court of Appeals for the Fifth Circuit

**Re:** <u>***Mendoza v. Davis***, **No. 12-70035**</u>

Dear Ms. Washington:

On behalf of Anton Metlitsky and myself, I write to request that we be made counsel for petitioner Moises Mendoza in case number 12-70035 for all purposes. In support of that request, I can represent that we will be representing Mr. Mendoza *pro bono*, as we did in the District Court. We will not be seeking CJA appointment and we will not be seeking payment from this Court.

Please reach out if you have any further questions.


Sincerely,


Jason Zarrow

JMZ