```
NEW ORLEANS, LOUISIANA
    WEST COURTROOM
 Thursday, March 9, 2023


       1:30 P.M.
```

No. 12-70035 – Moises Sandoval Mendoza v. Bobby Lumpkin

<u>DEPUTY</u>

Shirley M. Engelhardt

**NOTE: Counsel presenting argument should check in at 265, West Courtroom, of the John Minor Wisdom United States Court of Appeals Building, 600 Camp Street, New Orleans, Louisiana, between 1:00 and 1:15. Thirty (30) minutes of argument time per side has been authorized.**