# O'Melveny

O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823

T: +1 415 984 8700
F: +1 415 984 8701
omm.com

File Number:

April 19, 2023

Evan Hindman
D: +1 415 984 8709
ehindmanl@omm.com

**VIA E-MAIL**

Monica R. Washington
Death Penalty/Pro Se Clerk
United States Court of Appeals for the Fifth Circuit

Re:   *Mendoza v. Lumpkin*, No. 12-70035

Dear Ms. Washington:

I write to request that I be made co-counsel for petitioner Moises Mendoza in case number 12-70035. Mr. Mendoza is currently represented by my colleagues at O'Melveny & Myers LLP, Anton Metlitsky, Jason Zarrow, and Melissa Cassel. In support of my request, I represent that I will be representing Mr. Mendoza *pro bono*. I will not be seeking CJA appointment and I will not be seeking payment from this Court. Please reach out if you have any questions.

Sincerely,

*[signature]*

Evan Hindman